UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)



| | | |
|---|---|---|
| Bryan L. Engle | * | |
| Plaintiff | * | |
| v. | * | Civil Case No. WMN 00CV 505 |
| Cornwell Consulting Services, Inc. | * | |
| Defendant | * | |

## STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

**WHEREAS**, Cornwell Consulting Services, Inc., defendant (the "Defendant"), filed a Motion to Dismiss for Improper Venue (the "Motion") on March 31, 2000; and

**WHEREAS**, counsel for the Plaintiff and counsel for the Defendant have agreed to extend the time in which the Plaintiff must file an answer or other responsive pleading to Friday, April 21, 2000;

**NOW THEREFORE**, it is this 21st day of April, 2000,

**ORDERED**, that the time in which the Plaintiff may respond to the Motion be and hereby is extended to Friday, April 21, 2000.

_____
Judge, U.S. District Court
for the District of Maryland

CONSENTED TO:

_____
James A. Vidmar, Jr.
Federal Bar No. 00271
Linowes and Blocher LLP
1010 Wayne Avenue, 10th Floor
Silver Spring, Maryland
(310) 650-7126

Counsel for the Plaintiff

_____
Robert F. Carney
Federal Bar No. 07965
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, Maryland 21202
(410) 347-8700

Counsel for the Defendant

cc:   James A. Vidmar, Jr.
      Linowes and Blocher LLP
      1010 Wayne Avenue, 10th Floor
      Silver Spring, Maryland 20910

      Robert F. Carney
      Whiteford, Taylor & Preston
      7 St. Paul Street
      Baltimore, Maryland 21202