UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| BRYAN L. ENGLE | * | |
| Plaintiff | * | |
| v. | * | Civil Case No. WMN 00CV 505 |
| CORNWELL CONSULTING SERVICES, INC. | * | |
| | * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \* MAY - 8 2000

### STIPULATION

The parties hereby stipulate that the Reply Memorandum on the Motion to Dismiss to be filed by Cornwell Consulting Services, Inc. shall be filed on or before May 12, 2000.

The parties respectfully request the Court's approval of this stipulation.

**SO ORDERED:**

Date: _5/8/00_       _____
                                                                  Judge, United States District Court

WE ASK FOR THIS:

| | |
|---|---|
| James A. Vidmar, Jr., Esquire | Robert F. Carney, Esquire |
| Federal Bar No. 00271 | Federal Bar No. 07965 |
| Paul Michael Sweeney, Esquire | Whiteford, Taylor & Preston, LLP |
| Federal Bar No. 07072 | 7 Saint Paul Street |
| Linowes and Blocher, LLP | Baltimore, Maryland 21202 |
| 1010 Wayne Avenue, Suite 1000 | (410) 347-8700 |
| Silver Spring, Maryland 20910 | |
| (301) 650-7126 | |
| Attorneys for Plaintiff | Attorney for Defendant |

1276884