IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRYAN ENGLE                          :

v.                                   :      Civil Action WMN-00-505

CORNWELL CONSULTING SERVICES,        :
     INC.                            :

**MEMORANDUM**

Before the Court is Defendant's Motion to Dismiss for Improper Venue.  Paper No. 3.  Plaintiff has opposed the motion.

Plaintiff is a Maryland resident engaged in the business of providing consulting services.  Defendant is a Florida corporation engaged in the same business.  In October 1997, the parties entered into an agreement in Maryland whereby Plaintiff agreed to provide consulting services for Defendant.  Plaintiff filed this action alleging that Defendant failed to pay him certain sums due and owing under the terms of the agreement.

This Court's jurisdiction over this matter is based upon diversity pursuant to 28 U.S.C. § 1332.  Under 28 U.S.C. § 1391(a), venue in a diversity action is proper 1) in any district where any defendant resides, 2) in any district where a substantial part of the events giving rise to the claim occurred, or 3) the district where the defendant is subject to personal jurisdiction at the time the action commenced, if there is no district in which the action might otherwise be brought.  Under 28 U.S.C. § 1391(c), a "defendant that is a corporation shall be

deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced."

As Plaintiff observes, while Defendant filed a motion challenging venue, it has not challenged personal jurisdiction. Thus, under Rule 12(h) of the Federal Rules of Civil Procedure, Defendant has waived its defense of lack of personal jurisdiction. Because it is now undisputed that Defendant is subject to personal jurisdiction in the State of Maryland, Defendant is deemed a resident of the state and venue is proper under 28 U.S.C. § 1391. Defendant's motion will be denied. A separate order will issue.

                                                                 /s/ William M. Nickerson
                                                                 William M. Nickerson
                                                                 United States District Judge

Dated: May 31, 2000.