IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRYAN ENGLE                          :

v.                                   :           Civil Action WMN-00-505

CORNWELL CONSULTING SERVICES,        :
    INC.                             :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 31st day of May, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion to Dismiss for Improper Venue, Paper No. 3, is hereby DENIED;

2. That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
United States District Judge