IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRYAN ENGLE | |
| Plaintiff(s) | Civil Action No. ___WMN 00CV505___ |
| vs. | ✓ **FEE PAID** |
| CORNWELL CONSULTING SERVICES, INC. | **FEE NOT PAID** |
| | (SEND LETTER) |
| Defendant(s) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 101.1.(b) of this Court, ___Robert F. Carney,___ Esquire

a member of the Bar of this court, moves the admission of ___Mary Li Creasy___ Esquire to

appear pro hac vice in the captioned proceeding as counsel for ___Cornwell Consulting Services, Inc.___

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of ___Florida___

and/or the following United States Court(s): ___United States District Court for the Middle___

___District of Florida___

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: ___not applicable___

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

√†

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United

States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional

Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

Cynthia E. Rodgers-Waire _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

Signature   Robert F. Carney
Whiteford, Taylor & Preston, LLP
7 St. Paul Street., Balt., Md. 21202
Address

PROPOSED ADMITTEE:

Signature   Mary Li Creasy
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Boulevard, P.O. Box 172609
Address   Tampa, Florida  33672-0609

410-347-8726
Office phone number

813-227-2340
Office phone number

410-347-9412
Fax number

813-229-1660
Fax number

07965
Md. U. S. District Court Number

### ORDER

Motion   ✓   GRANTED

Motion   _____   GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion   _____   DENIED

8/02/2000
Dated

Judge, U. S. District Court